# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORI PATE ) | |
| Plaintiff, ) | |
| ) | Case No.: CIV-17-726-M |
| v. ) | |
| ) | |
| INTERMEDIX STAFFING, INC. ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate that the above-styled and numbered action is dismissed with prejudice, with each party bearing its own costs and attorney fees.

*s/Riley M. Bisher*
Riley M. Bisher, OBA #32734
RYAN, BISHER, RYAN & SIMONS
4323 NW 63rd St., Suite 110
Oklahoma City, OK 73116
riley@rbrlawfirm.com
(405) 528-4567 Telephone
(405) 525-2123 Facsimile
ATTORNEY FOR PLAINTIFF

*s/Victor F. Albert*
Victor F. Albert, OBA #12069
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
101 Park Avenue, Suite 1300
Oklahoma City, Oklahoma 73102
Victor.albert@olgetree.com
(405) 546-3755 Telephone
(405) 202-9674 Facsimile
ATTORNEY FOR DEFENDANT